## APPEALS ACCEPTED FOR REVIEW

**2002–0984. Bosher v. Euclid Income Tax Bd. of Review.**
Cuyahoga App. No. 80240, 2002-Ohio-2671.
PFEIFER and COOK, JJ., dissent.

**2002–1173. Neville v. Neville.**
Holmes App. No. 01CA028, 2002-Ohio-2901.
F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–1188. State v. Davis.**
Cuyahoga App. No. 80364, 2002-Ohio-3104. Discretionary appeal accepted and cause held for the decision in 2002–0201, *State v. Fisher,* Franklin App. No. 01AP–614, 2001-Ohio-8772; briefing schedule stayed.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**2002–1191. Solove v. Westerville City Council.**
Franklin App. No. 01AP–1213, 2002-Ohio-2925.
MOYER, C.J., RESNICK and COOK, JJ., dissent.

**2002–1229. Std. Loan Office, Inc. v. Scottsdale Surplus Lines, Inc.**
Lucas App. No. L–01–1435, 2002-Ohio-3051.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
RESNICK, J., not participating.

**2002–1299. Sowards v. W. Res. Mut. Cas. Co.**
Pike App. No. 01CA675, 2002-Ohio-4409. Discretionary appeal accepted and cause held for the decision in 2001–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251; briefing schedule stayed.
COOK and LUNDBERG STRATTON, JJ., dissent.

## RECONSIDERATION OF PRIOR DECISIONS

**2001–1078. State v. Yarbrough.**
Shelby App. No. 17–2000–10, 2001-Ohio-2351. Reported at 96 Ohio St.3d 1490, 2002-Ohio-4534, 774 N.E.2d 765. On motion for reconsideration. Motion denied.

**2002–0823. In re Keeran.**
Licking App. No. 01CA69, 2002-Ohio-1580. Reported at 96 Ohio St.3d 1491, 2002-Ohio-4534, 774 N.E.2d 765. On motion for reconsideration. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.